**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ziff Davis, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Dustin O'Brien, an individual resident of the State of Arizona,<br><br>Defendant. | No. 2:19-cv-01458-SRB<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff Ziff Davis, LLC ("Plaintiff") filed a complaint (the "Compliant") against Defendant Dustin O'Brien ("Defendant") for trademark infringement, unfair competition, and false designation of origin under the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and trademark infringement and unfair competition under the common law of the State of Arizona. The Parties, having agreed to settle this matter on the condition, among other things, that Defendant consents to a stipulated judgment and a permanent injunction, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1

1. This Court has jurisdiction over the Parties and over the subject matter hereof pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

2. Plaintiff is in the business of providing information on computer technology and programming, namely electronic product technology news, reviews of articles and informational materials concerning electronic products, including computers, computer software, computer hardware, computer peripherals, and computer accessories ("Plaintiff's Services").

3. Plaintiff identifies Plaintiff's Services using the name: GEEK.COM ("Plaintiff's Mark") and uses the domain name GEEK.COM for a website that provides Plaintiff's Services ("Plaintiff's Website").

4. Plaintiff registered Plaintiff's Mark with the U.S. Patent and Trademark Office ("PTO"): Reg. No. 3,224,722 issued April 3, 2007.

5. Defendant used Plaintiff's Mark without Plaintiff's authorization

6. Defendant falsely identified Defendant as a product reviewer associated with Plaintiff's Website and requested from third parties delivery of sample products for Defendant to "review" for Plaintiff's "subscribers."

7. Plaintiff's complaint in this action seeks seeking declaratory and injunctive relief for trademark infringement, unfair competition, and false designation of origin under the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and trademark infringement and unfair competition under the common law of the State of Arizona.

8. Plaintiff and Defendant have entered into a binding Settlement Agreement to settle Plaintiff's claims in this lawsuit (the "Settlement Agreement"). Defendant is

ordered to abide by all provisions contained in the Settlement Agreement.

9. Judgment is entered in favor of Plaintiff and against Defendant on all causes of action alleged in Plaintiff's Complaint, namely Defendant's actions involving Plaintiff's Marks constituted willful infringement under 15 U.S.C. § 1114 et seq. and 15 U.S.C. § 1125 (a) and unfair competition and trademark infringement under Arizona common law.

10. A permanent injunction is entered against Defendant, pursuant to 15 U.S.C. § 1116, prohibiting Defendant from copying, manipulating, reproducing, distributing, selling, displaying or otherwise using in any manner Plaintiff's Mark, or derivatives thereof, and from identifying himself as an affiliate or employee of Plaintiff.

11. Defendant is ordered to pay Plaintiff as damages (a) one-thousand dollars ($1,000) within ten (10) calendar days of the signing of this Order; and (b) an additional ten-thousand dollars ($10,000) in the event Defendant violates any provision of this Order;

12. This is a final judgment and all claims asserted by Plaintiff against Defendant in this matter are hereby dismissed without prejudice.

13. This Court shall retain jurisdiction to enforce the Parties' Settlement Agreement in this action and this Stipulated Consent Judgment and Permanent Injunction.

. . .

. . .

. . .

. . .

. . .

14. The Parties shall each bear their own costs and attorneys' fees previously incurred in connection with the action.

IT IS SO ORDERED AND DECREED AND FINAL JUDGMENT IS HEREBY ENTERED, THIS 21st DAY OF MAY, 2019.

_____
Susan R. Bolton
United States District Judge